ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Fidelity and Deposit Company of Maryland, ) | ASBCA No. 59199 |
| Federal Insurance Company, and Liberty ) | |
| Mutual Insurance Company ) | |
| ) | |
| Under Contract No. FA8903-06-D-8510 ) | |

APPEARANCES FOR THE APPELLANT:       Bennett J. Lee, Esq.
                                    Nicholas A. Merrell, Esq.
                                      Varela, Lee, Metz & Guarino, LLP
                                      San Francisco, CA

APPEARANCES FOR THE GOVERNMENT:      Lt Col Matthew J. Mulbarger, USAF
                                      Air Force Chief Trial Attorney
                                    John Pettit, Esq.
                                    Anna F. Kurtz, Esq.
                                     Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 24 September 2015

_____
OWEN C. WILSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59199, Appeal of Fidelity and Deposit Company of Maryland, Federal Insurance Company, and Liberty Mutual Insurance Company, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals